| OWNER | Work | Certificate Numbers |
|---|---|---|
| Fallen Productions, Inc. | *Angel Has Fallen* | PA002197434 (motion picture) PAu003917080 (screenplay) |

**Exhibit "1"**