| No | IP | Port | Hit Date UTC |
|---|---|---|---|
| 1 | 73.95.95.117 | 46535 | 2020-07-28 23:10:42 |
| 2 | 67.162.142.233 | 25846 | 2020-07-18 01:21:34 |

**Exhibit "2"**

| No | IP | File Name |
|---|---|---|
| 1 | 73.95.95.117 | Angel Has Fallen (2019) [BluRay] [720p] [YTS.LT] |
| 2 | 67.162.142.233 | Angel Has Fallen (2019) [BluRay] [720p] [YTS.LT] |

| No | IP | File Hash | ISP |
|---|---|---|---|
| 1 | 73.95.95.117 | SHA1: B7330F69794B69D7BD009FEFE4035F4D4F833B6C | Comcast Cable |
| 2 | 67.162.142.233 | SHA1: B7330F69794B69D7BD009FEFE4035F4D4F833B6C | Comcast Cable |

| No | IP | Region | City | Province |
|---|---|---|---|---|
| 1 | 73.95.95.117 | Colorado | Denver | Denver County |
| 2 | 67.162.142.233 | Colorado | Avon | Eagle County |