| Doe | Email | IP Address | Hit Date (UTC) | ISP |
|---|---|---|---|---|
| 3 | ghostofdrewcifer@gmail.com | 87.101.93.98 | 11/26/2019 23:27:39 | M247 Ltd |
| 4 | keltnwade@hotmail.com | 45.87.214.154 | 11/26/2019 22:25:02 | M247 Ltd |
| 5 | ziyadsupersan@yahoo.com | 185.242.5.99 | 11/26/2019 21:14:16 | M247 Ltd |
| 6 | pokeroborob@gmail.com | 174.128.226.10 | 11/26/2019 20:49:45 | Sharktech |
| 7 | damianbray1979@gmail.com | 5.181.234.76 | 11/26/2019 19:30:40 | M247 Ltd |
| 8 | ibizilong@gmail.com | 212.103.48.115 | 11/26/2019 18:13:17 | M247 Ltd |
| 9 | linuxweirdo@yahoo.com | 194.59.251.68 | 11/26/2019 17:17:08 | M247 Ltd |
| 10 | dr.awadly@gmail.com | 194.36.111.35 | 11/26/2019 14:49:20 | M247 Ltd |
| 11 | thelusiveone@gmail.com | 64.44.80.212 | 11/25/2019 23:25:14 | Nexeon Technologies |
| 12 | justinmcwhorter@me.com | 185.245.87.51 | 11/25/2019 20:15:44 | M247 Ltd |
| 13 | bluredvizionc@gmail.com | 185.245.87.29 | 11/25/2019 19:21:51 | M247 Ltd |
| 14 | kashveer3@gmail.com | 31.13.189.93 | 11/25/2019 13:17:44 | M247 Ltd |
| 15 | dezpowers@hotmail.com | 193.37.252.19 | 11/25/2019 7:53:36 | M247 Ltd |
| 16 | jithin.lpd@gmail.com | 195.206.104.108 | 11/25/2019 3:14:11 | M247 Ltd |
| 17 | cielogloria@msn.com | 91.132.137.116 | 11/25/2019 2:27:18 | M247 Ltd |

**Exhibit "3"**

Angel Has Fallen, hash B7330F69794B69D7BD009FEFE4035F4D4F833B6C, 720p, 1.06 GB

0. ------------------------------





```
email: ghostofdrewcifer@gmail.com
last used ip: 87.101.93.98
date downloaded: 2019-11-26 23:27:39
IP Address city: Miami, state: Florida, zip code: 33018
24. -----------------------------
```



email: keltnwade@hotmail.com
last used ip: 45.87.214.154
date downloaded: 2019-11-26 22:25:02
IP Address city: Miami, state: Florida, zip code: 33132
30. -----------------------------





email: ziyadsupersan@yahoo.com
last used ip: 185.242.5.99
date downloaded: 2019-11-26 21:14:16
IP Address city: Las Vegas, state: Nevada, zip code: 89101
34. ----------------------------

email: pokeroborob@gmail.com
last used ip: 174.128.226.10
date downloaded: 2019-11-26 20:49:45
IP Address city: Denver, state: Colorado, zip code: 80202
41. ----------------------------



```
email: damianbray1979@gmail.com
last used ip: 5.181.234.76
date downloaded: 2019-11-26 19:30:40
IP Address city: New York, state: New York, zip code: 10013
46. -----------------------------
```





```
email: ibizilong@gmail.com
last used ip: 212.103.48.115
date downloaded: 2019-11-26 18:13:17
IP Address city: New York, state: New York, zip code: 10013
54. -----------------------------
```



```
email: linuxweirdo@yahoo.com
last used ip: 194.59.251.68
date downloaded: 2019-11-26 17:17:08
IP Address city: Secaucus, state: New Jersey, zip code: 07094
57. -----------------------------
```



email: dr.awadly@gmail.com
last used ip: 194.36.111.35
date downloaded: 2019-11-26 14:49:20
IP Address city: Secaucus, state: New Jersey, zip code: 07094
63. -----------------------------





email: thelusiveone@gmail.com
last used ip: 64.44.80.212
date downloaded: 2019-11-25 23:25:14
IP Address city: Denver, state: Colorado, zip code: 80202
131. -----------------------------



```
email: justinmcwhorter@me.com
last used ip: 185.245.87.51
date downloaded: 2019-11-25 20:15:44
IP Address city: Los Angeles, state: California, zip code: 90014
146. -----------------------------
```





email: bluredvizionc@gmail.com
last used ip: 185.245.87.29
date downloaded: 2019-11-25 19:21:51
IP Address city: Los Angeles, state: California, zip code: 90014
151. ------------------------------



email: kashveer3@gmail.com
last used ip: 31.13.189.93
date downloaded: 2019-11-25 13:17:44
IP Address city: , state: , zip code:
179. -----------------------------





```
email: dezpowers@hotmail.com
last used ip: 193.37.252.19
date downloaded: 2019-11-25 07:53:36
IP Address city: Miami, state: Florida, zip code: 33018
194. -----------------------------
```





email: jithin.lpd@gmail.com

```
last used ip: 195.206.104.108
date downloaded: 2019-11-25 03:14:11
IP Address city: Los Angeles, state: California, zip code: 90014
225. -----------------------------
```



```
email: cielogloria@msn.com
last used ip: 91.132.137.116
date downloaded: 2019-11-25 02:27:18
```

IP Address city: New York, state: New York, zip code: 10013
233. ------------------------------



## <u>CERTIFICATE OF AUTHENTICITY</u>

Senthil Segaran hereby declares under penalty of laws of the United States, India and the United Kingdom that the following is true and correct.

1.    I am the sole shareholder, sole director and custodian of the records for Techmodo Limited.  Each of the records attached hereto is the original or duplicate of an original record in the custody of Techmodo Limited.

2.    Such records were made at or near the time by — or from information transmitted by — someone with knowledge of these matters.

3.    Such records are kept in the course of a regularly conducted activity of business.

I declare under the penalty of perjury of the laws of India and the United Kingdom that the foregoing is true and correct.


DATED: London, England, March _24_, 2020.


_____
Senthil Segaran


Certificate of Authenticity - Segaran