IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3170-PAB

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

DOES 1-17,

    Defendants.

---

## SECOND DECLARATION OF DANIEL ARHEIDT

---

Daniel Arheidt, hereby declares under penalty of laws of the United States of America and Germany that the following is true and correct:

1. I am over the age of 18 and am competent to make this declaration. This declaration is based upon my personal knowledge and the facts stated therein are true and accurate.

2. I have reviewed the MaverikMonitor evidence logs for the IP addresses of Does 3, 7, 9 and 12-17. As shown below, MEU confirmed records of infringing activity of the motion picture *Angel Has Fallen* at each IP address after the individual at the IP address used the YTS website to download the torrent file as shown below.

3. DOE 3 (IP address 87.101.93.98) at (including but not limited to) 11/27/2019 11:09:46 PM; 11/27/2019 11:12:36 PM; 11/28/2019 12:43:05 AM; 11/28/2019 12:46:19 AM; 11/28/2019 1:43:39 AM; 11/28/2019 1:49:40 AM; 11/28/2019 1:49:42 AM; 11/28/2019 1:57:59 and 5/23/2020 12:43:43 AM.

4.      DOE 7 (IP address 5.181.234.76) at (including but not limited to) 11/28/2019 8:28:35 PM; 11/29/2019 12:19:46 PM; 11/29/2019 12:19:58 PM; 11/29/2019 9:23:18 PM; 11/29/2019 9:24:59 PM; 11/29/2019 10:25:58 PM and 11/29/2019 10:32:45 PM.

5.      DOE 9 (IP address 194.59.251.68) at (including but not limited to) 11/29/2019 3:44:19 AM; 12/2/2019 2:46:01 PM; 12/2/2019 2:46:59 PM; 12/7/2019 3:05:59 PM and 12/7/2019 3:10:53 PM.

6.      DOE 12 (IP address 185.245.87.51) at (including but not limited to) 11/25/2019 9:09:22 PM; 11/26/2019 2:46:16 AM; 11/26/2019 7:02:16 AM; 11/26/2019 12:31:31 PM; 11/27/2019 6:03:34 AM; 11/27/2019 12:03:08 PM and 11/27/2019 2:36:36 PM.

7.      DOE 13 (IP address 185.245.87.29) at (including but not limited to) 11/26/2019 12:15:42 AM; 11/28/2019 10:48:09 PM; 12/25/2019 3:14:44 AM; 12/25/2019 4:47:11 AM; 12/25/2019 6:05:43 AM; 12/25/2019 7:06:23 AM; 12/25/2019 8:17:01 AM and 12/25/2019 8:20:24 AM.

8.      DOE 14 (IP address 31.13.189.93) at (including but not limited to) 11/30/2019 2:54:54 PM; 11/30/2019 11:19:55 PM; 12/2/2019 2:17:46 AM; 12/2/2019 2:56:06 AM; 12/3/2019 9:26:54 PM; 12/3/2019 10:32:41 PM and 12/3/2019 11:36:48 PM.

9.      DOE 15 (IP address 193.37.252.19) at (including but not limited to) 11/25/2019 9:18:10 PM; 11/26/2019 2:05:59 AM; 11/26/2019 3:11:48 AM; 11/26/2019 6:41:56 AM; 12/1/2019 4:03:30 AM and 12/1/2019 4:05:00 AM.

10.     DOE 16 (IP address 195.206.104.108) at (including but not limited to) 11/27/2019 4:05:08 AM; 11/27/2019 4:15:14 AM; 11/27/2019 5:13:59 PM; 11/27/2019 9:58:54 PM; 11/27/2019 9:58:55 PM and 12/1/2019 1:12:38 PM.

11. DOE 17 (IP address 91.132.137.116) at (including but not limited to) 11/30/2019 4:20:52 AM; 12/2/2019 8:22:14 PM; 12/2/2019 8:27:05 PM; 12/2/2019 9:31:20 PM; 12/2/2019 11:08:57 PM; 12/2/2019 11:38:46 PM and 12/7/2019 7:39:02 PM.

12. I can confirm the records of the above infringing activity accurately reflect instances of actual observed distribution of Plaintiff's motion picture *Angel Has Fallen* at the infringing IP addresses.

I declare under penalty of perjury under the laws of United States and Germany that the foregoing is true and correct.

DATED: Eggenstein, Germany, November 12, 2020.

Daniel Arheidt