IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03170-PAB

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

KELTON WADE SHRIVER et al.,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's Response to Order to Show Cause [Docket No. 16]. Being satisfied that cause has been shown that the District of Colorado is a proper venue for this case, it is

    **ORDERED** that the Order to Show Cause [Docket No. 10], is hereby discharged.

    DATED November 24, 2020.