IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-03170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

Plaintiff,

v.

KELTON WADE SHRIVER et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is HEREBY ORDERED that the Scheduling/Planning Conference set on December 22, 2020 at 10:30 a.m. is VACATED and RESET to **March 3, 2021 at 10:30 a.m.**

Plaintiff is directed to submit a proposed order for its Motion for Leave to Take Limited Expedited Discovery of Information Prior to Rule 26(f) Conference and Change of Scheduling Conference Date (Dkt. #8) within 5 business days identifying the entity or entities from whom the discovery will be sought and specifying the scope of the proposed discovery.

Date:  November 25, 2020