## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

KELTON WADE SHRIVER, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF DEFENDANT DOE 11 WITH PREJUDICE

---

    Plaintiff FALLEN PRODUCTIONS, INC. provides notice of its voluntary dismissal under Federal Rule of Civil Procedure ("FRCP") 41(a) of Defendant Doe 11 (IP address 64.44.80.212) with prejudice pursuant to FRCP 41(a)(1)(A)(i).

    Plaintiff does not seek an award of attorney's fees and/or costs.

    No claims, including any counterclaim, cross-claim, or third-party claim, would remain between Plaintiff and Defendant Doe 11 following dismissal.

    Note that this action does not terminate the matter as claims remain against other Defendants.

    No answer or motion for summary judgment has been filed.

DATED: Kailua-Kona, Hawaii, December 1, 2020.

20-022D

2

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:         kculpepper@culpepperip.com
Attorney for Plaintiff Fallen Productions, Inc.

2

20-022D