IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

KELTON WADE SHRIVER *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Notice of Dismissal of Defendant Doe 13 With Prejudice [Docket No. 13], Plaintiff's Notice of Dismissal of Defendants Does 5, 8, and 10 Without Prejudice [Docket No. 15], and Notice of Dismissal of Defendant Doe 11 With Prejudice [Docket No. 24].  The notices state that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Fallen Productions voluntarily dismisses its claims in this action against Does 11 and 13 with prejudice and against Does 5, 8, and 10 without prejudice.  Docket Nos. 13, 15, 24.

    Rule 41(a)(1)(A)(i) states that "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).  No defendant has answered in this case or filed a motion for summary judgment.  Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants.  *See Montoya v. FedEx Ground Package Sys., Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) ("Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant).  Furthermore, "[*u*]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice."  Fed. R. Civ. P. 41(a)(1)(B) (emphasis added).  Here, however, Fallen Productions seeks dismissal of this action as to Does 11 and 13 with prejudice.

Accordingly, all claims asserted by plaintiff against Does 11 and 13 were dismissed with prejudice as of the entry of the notices of dismissal [Docket Nos. 13, 24] and all claims against Does 5, 8, and 10 were dismissed without prejudice as of the entry of the notice of dismissal [Docket No. 15].  No order of dismissal is necessary.

DATED December 2, 2020.