IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

KELTON WADE SHRIVER et al.,

    Defendants.

## UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COME NOW, Plaintiff FALLEN PRODUCTIONS, INC. ("Plaintiff"), by and through its counsel Kerry S. Culpepper, and moves for leave to amend the First Amended Complaint. This motion is brought pursuant to Rule 15(a)(2) of the *Federal Rules of Civil Procedure* and based upon the attached Memorandum, Exhibit and the pleadings of this case.

Plaintiff's counsel conferred with counsel for Defendant KELTON WADE SHRIVER per D.C.COLO.LCivR 7.1(a) by email on 1/28/2021 and obtained his statement of "no opposition" to Plaintiff's motion for leave to filing the proposed Second Amended Complaint.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.    BACKGROUND**

Plaintiff filed the Original Complaint [Doc. #1] on October 22, 2020 against

1

Defendants Does 1-17. On Nov. 20, 2020, Plaintiff filed the First Amended Complaint [Doc. #11] against Defendants Kelton Wade Shriver, Does 1-3 and 5-17. A Notice of Dismissal [Doc. #13] was filed on November 20, 2020 dismissing Defendants Does 11 and 13 with prejudice. A Notice of Dismissal [Doc. #15] was filed on November 23, 2020 dismissing Defendants Does 5, 8 and 10 without prejudice.

Plaintiff seeks leave to file the Second Amended Complaint ("SAC") that further identifies as Defendants MIRANDA LOUIS DEWITT, ANDREW PATERSON (previously identified as DOE 3), ROBERT OBRIEN (previously identified as DOE 6), DAMIAN BRAY (previously identified as DOE 7), JUSTIN MCWHORTER (previously identified as DOE 12), DALE POWERS (previously identified as DOE 15), and HECTOR JARAMILO (previously identified as DOE 17) based upon responses to subpoenas from Google, Private Internet Access, Apple, Sharktech and Microsoft and adds further allegations supporting jurisdiction and venue per *inter alia* the Federal long-arm statute.

## II.   LEGAL STANDARD

Federal Rule of Civil Procedure 15(a)(2) permits amendment of the pleadings with the court's leave, which the Court should give freely. *See* Fed. R. Civ. P. Rule 15(a)(2). Courts consider bad faith, dilatory motive on the movant's part, undue delay, prejudice to the opposing party, and futility in reviewing a plaintiff's request to amend the complaint under Rule 15(a). *See Duncan v. Manager, Dept. of Safety*, 397 F.3d 1300, 1315 (10th Cir. 2005).

## III.   ARGUMENT

The marked up version of the proposed SAC is shown in Exhibit 1.  There is no bad faith, dilatory motive or undue delay on Plaintiff's part in seeking to file the SAC. Plaintiff seeks leave to file the SAC to identify Defendants and serve them as it stated it would do in the MOTION FOR LEAVE TO TAKE LIMITED EXPEDITED DISCOVERY [Doc. #8].  There is no prejudice to the opposing party as the SAC does not introduce any new claims against Defendant KELTON WADE SHRIVER and the other Doe Defendants have not yet been served. The proposed SAC includes the actual identification of the Doe Defendants.  Accordingly, the SAC is not futile.

**IV.   CONCLUSION**

Applying the liberal standard set forth in Federal Rule of Civil Procedure, the Court should grant Plaintiff's Motion for Leave to File the SAC because there is no (i) undue delay, (ii) bad faith, (iii) dilatory motive or (iv) undue prejudice and the SAC is not futile.

DATED: Kailua-Kona, Hawaii, January 28, 2021.


CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff

---
### CERTIFICATE OF SERVICE
---

The undersigned hereby certifies that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served via FIRST CLASS MAIL to the following at their last known address:

Justin V. Lee, counsel for Defendant KELTON WADE SHRIVER
2323 Ross Avenue, Suite 600
Dallas, TX  75201

    DATED: Kailua-Kona, Hawaii, January 28, 2021.


                    CULPEPPER IP, LLLC


                    <u>/s/ Kerry S. Culpepper</u>
                    Kerry S. Culpepper

                    Attorney for Plaintiff