IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-03170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

Plaintiff,

v.

KELTON WADE SHRIVER et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Finding good cause shown, it is HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Dkt. #34) is GRANTED**.**

     Plaintiff is directed to file a clean copy of the Second Amended Complaint within two business days.

Date:  January 29, 2021