IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

KELTON WADE SHRIVER,
MIRANDA LOUISE DEWITT,
ANDREW PATERSON,
ROBERT OBRIEN,
DAMIAN BRAY,
JUSTIN MCWHORTER,
DALE POWERS, and
HECTOR JARAMILO,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Notice of Dismissal of Defendants Kelton Wade Shriver and Miranda Louise Dewitt With Prejudice [Docket No. 40].  The notice states that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Fallen Productions voluntarily dismisses its claims in this action against Kelton Wade Shriver and Miranda Louise Dewitt with prejudice.  *Id.* at 1.

    Rule 41(a)(1)(A)(i) states that "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).  No defendant has answered in this case or filed a motion for summary judgment.  Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants.  *See Montoya v. FedEx Ground Package Sys., Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) ("Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant).  Furthermore, "[u]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice."  Fed. R. Civ. P. 41(a)(1)(B) (emphasis added).  Here, however, Fallen Productions seeks dismissal of this action as to Kelton

Wade Shriver and Miranda Louise Dewitt with prejudice.

Accordingly, all claims asserted by plaintiff against Kelton Wade Shriver and Miranda Louise Dewitt were dismissed with prejudice as of the entry of the notice of dismissal [Docket No. 40].  No order of dismissal is necessary.

DATED February 2, 2021.