IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

ANDREW PATERSON,
ROBERT OBRIEN,
DAMIAN BRAY,
JUSTIN MCWHORTER,
DALE POWERS, and
HECTOR JARAMILO,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the pro se affidavit of Curt Harris.  Docket No. 33.  Plaintiff brings this suit against defendants for the use of BitTorrent to download, reproduce, and distribute the movie *Angel Has Fallen*, in violation of plaintiff's copyright on this movie.  Docket No. 37 at 10.  Mr. Harris is not a named defendant in this lawsuit.  *See id.*  The affidavit indicates that Mr. Harris received a subpoena in this case, and he asks the Court to quash it.  Docket No. 33 at 1.  Mr. Harris states that a large number of family members stayed in his home in 2019, any number of whom could have been responsible for the alleged illegal downloading and distribution.  *Id*.  Mr. Harris "ask[s] the court to dismiss the subpoena."  *Id.*

    The Court construes the affidavit as a motion by a non-party in receipt of a subpoena from plaintiff to quash the subpoena.  However, Mr. Harris has not attached the subpoena to his affidavit or provided any grounds on which to quash it.  The Court is unable to rule on the motion due to the lack of information.  Accordingly, it is

      **ORDERED** that the affidavit of Curt Harris [Docket No. 33], construed as a motion to quash a subpoena, is **DENIED** without prejudice.

      DATED February 2, 2021.