IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

ANDREW PATERSON, et al.,

    Defendants.

---

**PLAINTIFF'S SECOND MOTION TO VACATE SCHEDULING/PLANNING CONFERENCE DATE**

---

Plaintiff FALLEN PRODUCTIONS, INC., by and through its counsel, moves this honorable Court to vacate the scheduling/planning conference date of March 3, 2021 (as set by the Minute Order [Doc. #21] of Nov. 25, 2020) and continue the conference to a date after the April 21, 2021 – the extended deadline to serve the Defendants (extended per the Minute Order [Doc. #32] of Dec. 30, 2020).  Plaintiff made a first motion to vacate the scheduling/planning conference date on Oct. 23, 2020 [Doc. #8].

Plaintiff submitted the proposed summons on Jan. 29, 2021 ([Doc. #39]).  After the Clerk issues the summons, Plaintiff will diligently work to effect service on Defendants. However, it is highly unlikely that Defendants will be served and their answers filed before March 3, 2021.  Plaintiff cannot hold the pre-scheduling conference meeting and prepare the proposed Scheduling Order called for by Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) before Defendants are served.  Accordingly, Plaintiff respectfully submits

20-022D

that it would not be an effective use of this Court's valuable time to have a scheduling/planning conference before Defendants have even been served. Therefore, Plaintiff respectfully submits that there is good cause to vacate the scheduling conference of March 3, 2021 and continue it to a date after April 21, 2021. Alternatively, Plaintiff can submit a status report on April 21, 2021 concerning the progress of serving Defendants.

DATED: Kailua-Kona, Hawaii, February 9, 2021.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:        kculpepper@culpepperip.com
Attorney for Plaintiff Fallen Productions, Inc.

20-022D