IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-03170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

Plaintiff,

v.

ANDREW PATERSON et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Finding good cause shown, it is HEREBY ORDERED that Second Motion to Vacate Scheduling/Planning Conference Date (Dkt. #43) is **GRANTED.**

     The Telephonic Scheduling Conference set on March 5, 2021 at 10:30 a.m. is **VACATED** and **RESET** to **April 28, 2021 at 10:00 a.m.**

     Plaintiff is directed to notify all Defendants, as they are served, of the date and time for the Scheduling Conference. The parties are directed to refer to the Order Setting Scheduling Planning Conference, Dkt. #7, for instructions and deadlines relating to the parties' obligations under Rules 16 and 26, Fed. R. Civ. P. and Local Rules 16 and 26.

     The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date:  February 9, 2021