IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

ANDREW PATERSON, et al.,

    Defendants.

---

## AFFIDAVIT OF KEN ROBSON

---

I, KEN ROBSON, being first duly sworn, depose and say the following.

I am over the age of 18 years of age and not a party to this action. I am giving this affidavit under my own free will for the purpose of describing my diligent efforts I made to serve Defendant DAMIAN BRAY.

I am employed with Tremark Associates Limited ("Tremark"). Tremark is a limited company organized under the laws of the United Kingdom with its principal office in Leeds, United Kingdom. Tremark has been engaged in the business of providing process serving and professional investigation business since it was established in 1995.

I have over 20 years of experience in the Metropolitan Police, within various investigation roles and Specialist Operational policing around the capital including Specialist Searches. I am authorized by the laws of the United Kingdom to effect service with the United Kingdom.

20-022D

Ben Mansell, the assistant manager of Tremark, gave me a copy of the Summons to Defendant DAMIAN BRAY [Doc. #46], Second Amended Complaint [Doc. #37] with Exhibits, and Minute Order [Doc. #45] ("Legal Documents") on February 11, 2021 and instructed me to personally serve the legal documents on Defendant DAMIAN BRAY at the address in the summons.

I went to the address on the summons on February 16, 2021. The home is a semidetached house with a small driveway to the front of the property. It had a red Mazda 3 Sport Nav VRM FG67 ZVE on the drive at the time of the visit.

A Polish female at the address of the summons named Renata SEREDYNSKA stated she did not know DAMIAN BRAY, and has been renting the property since May 2018. She stated she cannot remember any mail coming for DAMIAN BRAY either.

I spoke with a female neighbour at the neighbouring house who did not recognize the name DAMIAN BRAY.

I declare under penalty of perjury under the laws of United States and the United Kingdom that the foregoing is true and correct.

DATED: Leeds, United Kingdom, February 18, 2021.

KEN ROBSON
Tremark Associates Limited
Joshua Chambers,
332 York Road, Leeds,
LS9 9DN / DX 706953,
Leeds Park Square, United Kingdom

20-022D

2