IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

ANDREW PATERSON, et al.,

    Defendants.

---

### Affidavit of Daniel Toresen

---

I, Daniel Toresen, being first duly sworn, depose and say the following.

I am over the age of 18 years of age and not a party to this action. I am giving this affidavit under my own free will for the purpose of describing the diligent efforts I made to attempt to serve Defendant DAMIAN BRAY.

I am the managing director of The Investigators New Zealand Limited ("Investigators"). Investigators is a limited company organized under the laws of New Zealand with its principal office in Britomart, Auckland. Investigators has been engaged in the business of providing process serving and professional investigation business for over 30 years. *See* https://www.theinvestigators.co.nz/about/.

On February 18, 2021, Plaintiff's counsel contacted me to inquire whether I could locate an address for Defendant DAMIAN BRAY. Plaintiff's counsel said he had unsuccessfully attempted to serve DAMIAN BRAY in the United Kingdom and that he had

20-022D

obtained information for Defendant DAMIAN BRAY such as a New Zealand telephone number and prior addresses in Melbourne and Wellington that led him to believe that DAMIAN BRAY resided in New Zealand.

I was able to quickly determine that DAMIAN BRAY was born in New Zealand in October of 1978, and that his residence was at 70/2 GHUZNEE ST, TE ARO WELLINGTON as of April 22, 2020 and at 2 GHUZNEE ST, TE ARO WELLINGTON June 25, 2014.  Plaintiffs' counsel then engaged my company to serve DAMIAN BRAY.

I was informed by Gavin Van Herwaarde that despite multiple attempts he has been unable to serve DAMIAN BRAY.

In this type of situation where we have strong evidence that the target individual resides in New Zealand but have been unable to serve him despite reasonable efforts, the New Zealand Court will usually grant permission for substituted service to serve the defendant by posting on door of residence or by sending the documents to him by e-mail.

I declare under penalty of perjury under the laws of United States and New Zealand that the foregoing is true and correct.

DATED: Clevedon, Auckland, New Zealand,  March 25, 2021.

Daniel Toresen
The Investigators New Zealand
Level 1, 22-28 Customs Street East, Britomart, Auckland 1010
PO Box 120, Clevedon, Auckland 2248

2

20-022D