IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-03170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

Plaintiff,

v.

ROBERT O'BRIEN et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is HEREBY ORDERED that a Telephonic Motion Hearing on Plaintiff's *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendant Damian Bray, Dkt. #57, is set on **April 6, 2021 at 3:00 p.m**.

The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date:  March 25, 2021