IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

ANDREW PATERSON, et al.,

    Defendants.

---

**REQUEST FOR ENTRY OF DEFAULT**

---

Pursuant to Fed R. Civ. P. 55(a), Plaintiff FALLEN PRODUCTIONS, INC., by and through its counsel Kerry S. Culpepper, hereby applies for entry of default by the Clerk of the Court against Defendant HECTOR JARAMILO.

Defendant HECTOR JARAMILO was served a copy of the Second Amended Complaint on Feb. 23, 2021. *See* Affidavit of Service [Doc. #49]. Defendant HECTOR JARAMILO's responsive pleading to the Second Amended Complaint was due on or before March 16, 2021 per Fed R. Civ. P. 12(a)(A)(i).

Defendant HECTOR JARAMILO has failed to appear or otherwise defend.

For these reasons, Plaintiff request that the Clerk of the Court enter default judgment on all claims pled in the Second Amended Complaint against Defendant HECTOR JARAMILO.

20-022D

DATED: Kailua-Kona, Hawaii, March 29, 2021.

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:        kculpepper@culpepperip.com
Attorney for Plaintiff Fallen Productions, Inc.

2

20-022D

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served via FIRST CLASS MAIL to the following at their last known address:

Hector Jaramilo
20 Normandy Drive
Holbrook, NY 11741

DATED: Kailua-Kona, Hawaii, March 29, 2021.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiffs

20-022D