IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-03170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

Plaintiff,

v.

ROBERT O'BRIEN et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

Upon review of the docket, it is HEREBY ORDERED that the Scheduling Conference set for Thursday, June 10, 2021 at 2:00 p.m. is CONVERTED into a Status Conference.

Date:  June 3, 2021