IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-03170-PAB-NRN | Date:  June 10, 2021 |
| Courtroom Deputy: Stacy Libid | FTR:   Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| FALLEN PRODUCTIONS, INC., | Kerry Culpepper |
|    Plaintiff, | |
| v. | |
| DOES 1-17, | No appearance |
|    Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**2:02 p.m.**     **Court in session.**

Court calls case. Appearance of counsel.

Discussion regarding the remaining Defendants John Does 1-17. Plaintiff states all Defendants are in default.

**2:06 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:04

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.