

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM
―――――
PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
  AND BEFORE THE USPTO

<u>Via ECF</u>

Judge Regina M. Rodriguez

Alfred A. Arraj United States Courthouse, Room A105

901 19th Street

Denver, CO 80294-3589

December 9, 2021

Re: Civil Action No. 1:20-cv-03170-RMR-NRN, ECF No. 76

Dear Judge Rodriguez,

    I am writing on behalf of the Plaintiff in this action to inquire on the status of the Motion for Default Judgment [Doc. #76] that was filed on May 13, 2021.

Respectfully,
*/s/Kerry S. Culpepper*
Kerry S. Culpepper
kculpepper@culpepperip.com