IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03170-RMR-NRN

FALLEN PRODUCTIONS, INC.,

    Plaintiff,

v.

DAMIAN BRAY, and
HECTOR JARAMILO,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of United States District Judge Regina M. Rodriguez entered on March 28, 2022, ECF 81, it is

ORDERED that Plaintiff's Motion for Default Judgment against Defendants Damian Bray and Hector Jaramilo, ECF 76, is GRANTED in part and DENIED in part.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff and against Defendants Damian Bray and Hector Jaramilo.  It is

FURTHER ORDERED that Plaintiff is entitled to $750 in statutory damages from each Defendant for direct and contributory copyright infringements of Plaintiff's work.  It is

FURTHER ORDERED that Plaintiff is entitled to $2,500 in statutory damages from each Defendant for violations of the DMCA. It is

FURTHER ORDERED that Plaintiff's request for injunctive relief against Defendant Bray and Defendant Jaramilo is GRANTED. The Court permanently enjoins the Defendants from directly and contributorily infringing Plaintiff's copyrights. The Court also ORDERS Defendants to destroy all copies of the Work made or used in violation of Plaintiff's copyrights. It is

FURTHER ORDERED that Plaintiff's request for injunctive relief against nonparties PIA and M247 Ltd. is DENIED. It is

FURTHER ORDERED that Defendant shall pay Plaintiff's reasonable attorney fees and costs as follows:

Defendant Bray is ORDERED to pay attorney fees of $3,806.25 and costs of $700.86;

Defendant Jaramilo is ORDERED to pay attorney fees of $3,806.25 and costs of $100. It is

FURTHER ORDERED that post-judgment interest shall accrue at the current rate of 1.55%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.

Dated at Denver, Colorado this 28th day of March, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/E. Buchanan
E. Buchanan, Deputy Clerk