**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-3170-PAB-NRN

FALLEN PRODUCTIONS, INC.,

     Plaintiff,

v.

DAMIAN BRAY; and
HECTOR JARAMILO,

     Defendants.

---

**PLAINTIFF'S MOTION FOR CORRECTION OF ORDER [DOC. #81]**
**(AUTHORITY INCORPORATED)**

---

Pursuant to Fed. R. Civ. P. 60(a), Plaintiff FALLEN PRODUCTIONS, INC. ("Plaintiff"), by and through its counsel, respectfully moves this honorable Court to correct a clerical mistake in the Order [Doc. #81] of March 28, 2022.

Plaintiff's counsel Kerry S. Culpepper is a male. However, Section VII of the Order mistakenly refers to ("Ms.") Culpepper and uses the gender pronoun "her" with respect to Kerry S. Culpepper. Although Plaintiff's counsel is not offended by being referred to as a female, Plaintiff respectfully requests that the order be corrected to refer its counsel using Mr. and his so that the record accurately reflects who was counsel.

DATED: Kailua-Kona, Hawaii, May 13, 2021.

20-022D

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:    (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:        kculpepper@culpepperip.com
Attorneys for Plaintiff Fallen Productions, Inc.

20-022D