IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3170-RMR-NRN

FALLEN PRODUCTIONS, INC.,

    Plaintiff/Judgment Creditor,

v.

DAMIAN BRAY and HECTOR JARAMILO,

    Defendants/Judgment Debtor.

and

ISLAND FEDERAL CREDIT UNION,

    Garnishee

---

**NOTICE OF TENTATIVE SETTLEMENT**

---

    Pursuant to D.C.COLO.LCivR 40.2(b), Plaintiff/Judgment Creditor Fallen Productions, Inc. ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant/Judgment Debtor Hector Jaramilo ("Defendant") (collectively, "Parties") arrived at a tentative settlement that provides for a stipulation for a turnover order. The Plaintiffs respectfully requests that the Court stay an order on Plaintiff's Verified Traverse of Garnishee Answer of Island Federal Credit Union and Motion for Turnover Order [Doc. #103] of June 22, 2022 to give the Parties an opportunity to effectuate their tentative settlement and submit a stipulation for turnover order to fully resolve all issues between them.

20-022D

DATED: Kailua-Kona, Hawaii, July 18, 2022.

CULPEPPER IP, LLLC

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:        kculpepper@culpepperip.com
Attorney for Plaintiff Fallen Productions, Inc.

2

---
## CERTIFICATE OF SERVICE
---

The undersigned hereby certifies that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served via FIRST CLASS MAIL to the following at their last known address:

Attn: Teresa McHugh
Island Federal Credit Union,
120 Motor Parkway
Hauppauge, NY 11788

Hector Jaramilo
20 Normandy Drive
Holbrook, NY 11741

     DATED: Kailua-Kona, Hawaii, July 18, 2022.

     CULPEPPER IP, LLLC

     <u>/s/ Kerry S. Culpepper</u>
     Kerry S. Culpepper
     CULPEPPER IP, LLLC
     75-170 Hualalai Road, Suite B204
     Kailua-Kona, Hawaii 96740
     Telephone:   (808) 464-4047
     Facsimile:   (202) 204-5181
     E-Mail:      kculpepper@culpepperip.com
     Attorney for Plaintiff Fallen Productions, Inc