

**KERRY S. CULPEPPER** *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

<u>Via ECF</u>

Judge Regina M. Rodriguez
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

August 18, 2022

Re: Civil Action No. 1:20-cv-03170-RMR-NRN, ECF No. 108

Dear Judge Rodriguez,

    Plaintiff, through its counsel, and Defendant Hector Jaramillo (collectively "Parties") jointly write this Court to inquire on the status of the Stipulation for Turnover [Doc. #108] that was filed on July 26, 2022. The Parties emphasize that the Stipulation fully resolves the issues between the Parties. Garnishee Island Federal Credit Union has frozen the account of Defendant Hector Jaramillo and stated that it will not unfreeze the account or turnover the funds until the Court has endorsed the Stipulation.

DATED: Aug. 18, 2022.

Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Plaintiff

Hector Jaramillo
20 Normandy Drive
Holbrook, NY 11741
Defendant, *pro se*